ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
DAVID FIGUEROA,                 :
                                :
         Plaintiff,             :
                                :
    - v. -                      :
                                :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,              :   07 Civ. 5572 (VM)
Commissioner of                 :
Social Security,                :
                                :
         Defendant.             :
                                :
- - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from February 11, 2008 to and including April 10, 2008.  The reason for the request is

because the defendant's counsel has not yet been able to complete his review of the administrative record. One previous extension has been granted in this case.

Dated:  New York, New York
        January 23 , 2008

                                WARREN GOODMAN, ESQ.
                                Attorney for Plaintiff
                                138 Chatsworth Avenue
                                Larchmont, New York  10538
                                Telephone No.:(914) 833-2930

                                MICHAEL J. GARCIA
                                United States Attorney
                                Southern District of New York
                                Attorney for Defendant

By: _____
    JOHN E. GURA, JR.
    Assistant United States Attorney
    86 Chambers Street - 3rd Floor
    New York, New York  10007
    Telephone No.: (212) 637-2712
    John.Gura@usdoj.gov

SO ORDERED: 29 January 2008

_____
UNITED STATES DISTRICT JUDGE
Victor Marrero