**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

June 11, 2008

BY FAX

Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-12-08
```

    Re:  David Figueroa v. Astrue
         07 Civ. 5572 (VM)

Dear Judge Marrero:

    This Office represents the Commissioner of Social Security, defendant in this action. I write respectfully to request an extension of time to file defendant's motion for judgment on the pleadings.

    Pursuant to the Court's order of May 12, 2008, defendant's motion is due to be served and filed on or before today, June 11, 2008; plaintiff's response is due thirty days thereafter, on or before July 11, 2008; and defendant's reply is due fourteen days later, on or before July 25, 2008. I have recently been assigned to this matter and have not yet been able to complete my review of the record in preparation for filing defendant's motion for judgment on the pleadings. Accordingly, I respectfully request a nine-day extension of time to file defendant's motion, until June 20, 2008, and accordingly, a nine-day extension of plaintiff's time to file his response, to July 21, 2008, and a nine-day extension of time to file defendant's reply, to August 4, 2008.

    This is the government's second request for an adjournment of the briefing schedule. I have attempted to contact plaintiff directly, but he does not have a telephone. I apologize to the Court for the late notice of my request and for any inconvenience it may have caused.

Thank you for your consideration of this matter.

          Respectfully,

          MICHAEL J. GARCIA
          United States Attorney

By: *[signature: Susan C. Branagan]*
          SUSAN C. BRANAGAN
          Assistant United States Attorney
          Telephone: (212) 637-2804
          Fax: (212) 637-2750

cc: David Figueroa, Pro Se
   2439 Laconia Avenue
   Bronx, New York 10469

---

Request GRANTED. The briefing schedule with regard to the motion _for judgment on the pleadings_ herein is extended as set forth herein: motion papers submitted by _6-20-08_ ; response _7-21-08_ ; reply _8-4-08_.

SO ORDERED.

_6-12-08_
DATE      VICTOR MARRERO, U.S.D.J.